**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| VICTOR EVERETT SILVERS,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRIAN LAMMER, et al.,<br><br>                    Defendants. | Case No. 5:24-cv-01710-CBM-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

The Court orders as follows:

1) Defendants' Motion to Dismiss as to Plaintiff's Eighth Amendment claims against Defendants Turner, Lammer, Doerer, Madrigal,

Gomez, and Gonzalez, and Plaintiff's Rehabilitation Act Claim is GRANTED;

2) The Court DENIES Defendants' Motion to Dismiss as to Plaintiff's Eighth Amendment claims against Defendants Aragonez Lepe, Wolverton, and Peikar, and Plaintiff's FTCA claim;

3) Plaintiff is granted leave to amend; and

4) This matter is referred back to Magistrate Judge Kaufman for further proceedings.

Dated: March 10, 2026

HON. CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

2